Filed:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-05110

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  A.B.C. PLUMBING, HEATING, COOLING & ELECTRIC, INC.

was received by me on *(date)*  7/7/2026  .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Mary Wilms  , who is

designated by law to accept service of process on behalf of *(name of organization)*  A.B.C. PLUMBING,

HEATING, COOLING & ELECTRIC, INC.  on *(date)*  7/10/2026  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $  95.00  for services, for a total of $  95.00

I declare under penalty of perjury that this information is true.

Date: _____

*Noe Ramirez*

*Server's signature*

Noe Ramirez

*Printed name and title*


3541 N Neenah Ave, Apt 2, Chicago, IL 60634-4163

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| WESLEY NEWMAN, individually and on behalf of all others similarly situated. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. |
| A.B.C. PLUMBING, HEATING, COOLING & ELECTRIC, INC. | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  A.B.C. PLUMBING, HEATING, COOLING & ELECTRIC, INC.
D & L COMPANY AGENTS, INC., REGISTERED AGENT
216 HIGGINS RD AJP
PARK RIDGE, IL 60068-5706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



THOMAS G. BRUTON, CLERK

*Veronica Warszawska*

*Signature of Clerk or Deputy Clerk*

Date:  May 4, 2026

(By) DEPUTY CLERK

Proof Job #1885075 | Serve #SRV-AHF2JAN

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia

| | | |
|---|---|---|
| **WESLEY NEWMAN, on behalf of himself and others similarly situated** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-05110 |
| | ) | |
| | ) | |
| **A.B.C. PLUMBING, HEATING, COOLING & ELECTRIC, INC.** | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Noe Ramirez, state:

I am a private process server, 18 years of age or older and not a party to this action or a member of a corporation or organization that is a party to this action. My address is 3541 N Neenah Ave, Apt 2, Chicago, IL 60634-4163.

I served the following documents to A.B.C. PLUMBING, HEATING, COOLING & ELECTRIC, INC. in Cook County, IL on July 10, 2026 at 4:18 pm at 216 Higgins Rd, Park Ridge, IL 60068-5706 by leaving the following documents with Mary Wilms who as Receptionist at D&L company agents inc is authorized by appointment or by law to receive service of process for A.B.C. PLUMBING, HEATING, COOLING & ELECTRIC, INC..

COMPLAINT – CLASS ACTION
CIVIL COVER SHEET
067134549061
Race: Unknown Race, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.9850136,-87.8264625
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Cook County_____,

___IL_____ on ___7/14/2026_____.

/s/ *Noe Ramirez*
_____
Signature
Noe Ramirez
+1 (708) 646-1070

