**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 26-cv-05110 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| A.B.C. PLUMBING, HEATING, COOLING & ELECTRIC, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| _____ / | | |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE INITIAL STATUS HEARING**

Plaintiff Wesley Newman, by and through undersigned counsel, respectfully moves this Court to continue the Initial Status Hearing currently scheduled for August 4, 2026, to either August 13, 2026, or August 14, 2026, and in support thereof states as follows:

1. On July 8, 2026, the Court entered a Minute Order setting an Initial Status Hearing for August 4, 2026, at 9:45 a.m. and directing lead counsel for all parties to appear in person.

2. Defendant was served with the Summons and Complaint on July 10, 2026. Defendant's response to the Complaint is currently due on July 31, 2026.

3. Plaintiff's counsel has a scheduling conflict that prevents him from appearing in person on August 4, 2026.

4. Plaintiff therefore requests that the Initial Status Hearing be continued to either August 13, 2026, or August 14, 2026, or to such other date thereafter as is convenient for the Court.

5.  The requested continuance is modest, will not prejudice any party, and will permit the parties to proceed with the Initial Status Hearing after Defendant's response to the Complaint is due.

6.  Plaintiff conferred with Defendant regarding the requested continuance. Defendant does not object to the relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order continuing the Initial Status Hearing currently scheduled for August 4, 2026, to August 13, 2026, or August 14, 2026, or to such other date as the Court deems appropriate, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 20, 2026

/s/ *Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

2