**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Wesley Newman

Plaintiff,

v.

Case No.: 1:26−cv−05110
Honorable John F. Kness

A.B.C. Plumbing, Heating, Cooling & Electric, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2026:

MINUTE entry before the Honorable John F. Kness: Before the Court is the Joint Initial Status Report [11] submitted by the parties. Upon review of the Report and the schedule recommended by the parties, the Court finds the schedule to be reasonable and thus adopts the parties' recommendations. The parties are cautioned that the fact discovery cutoff date is a governing deadline and that no extensions of this deadline will be granted absent a showing of good cause. See Fed. R. Civ. P. 16(b)(4). Among other things, the good cause standard will typically require the parties to demonstrate diligence in their efforts to complete fact discovery. The Court asks that the Executive Committee refer this case to Magistrate Judge Berry for discovery supervision (including setting or amending all deadlines and resolving all discovery related motions) and any settlement matters. Any deadlines previously set by this Court are to stand unless modified by Magistrate Judge Berry. The parties are reminded to submit a proposed scheduling order to Magistrate Judge Berry within 7 days. The status hearing set for 8/19/2026 is stricken. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.