**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Wesley Newman

Plaintiff,

v.

Case No.: 1:26−cv−05110
Honorable John F. Kness

A.B.C. Plumbing, Heating, Cooling & Electric, Inc.

Defendant.

**ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE**

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Albert Berry, III for the purpose of holding proceedings related to: discovery supervision (including entering or amending all case management orders and resolving all discovery related motions), along with any settlement matters. Mailed notice. (exr, )

Dated: August 17, 2026

/s/ John F. Kness

United States District Judge